IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CYANDIA, INC.** § | |
| § | |
| **v.** § | Case No. 2:24-cv-00096-JRG |
| § | |
| **SAP AMERICA, INC.,** *et al* § | |

**MINUTES FOR PRETRIAL CONFERENCE**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
September 2, 2025

**OPEN: 09:58 AM**                                                                                          **ADJOURN: 05:16 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Rahul Gupta<br>Richard "Chipper" Adams<br>Hannah Keidan |
| COURT REPORTER: | Dana Hayden, CCR, RMR, CRR, CRC |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:58 AM | Court opened. |
| 09:59 AM | Court called for announcements from counsel. |
| 10:00 AM | Court to enter an Order appointing Wes Hill as mediator. Mediation scheduled for September 19, 2025. |
| 10:04 AM | Court provided instructions and housekeeping matters to the parties. Case is set for jury selection and trial to begin Monday, October 6, 2025. Possibility of the Court moving jury selection and trial to begin Friday, October 3, 2025. Trial will follow empanelment of jury. Eight jurors will be selected. Peremptory strikes: Four per side. *Voir dire:* 30 minutes per sides. Trial time: 10-1/2 hours per side. Opening statements: 30 minutes per side. Closing arguments: 40 minutes per side. Court to be notified by 10:00 PM each evening of unresolved disputes/objections. Three (3) jointly prepared three-ring binders with disputed information are to be delivered to the Court by 7:00 AM the following morning. The Court will be available in chambers by 7:30 AM every morning to take up any housekeeping matters or late-arriving disputes. Deposition-clip objections and/or disputes are to be taken up by the Court the day before the day such designation is to be used. Deposition clips should be accompanied by closed-captioning. |

| TIME | MINUTE ENTRY |
|---|---|
|  | Court encouraged the parties to utilize the meet and confer process during the course of the trial to resolve disputes. It is the Court's intention to bring the jury in every morning at 8:30 AM.  Rule 50(a) motions will be heard by the Court after all the evidence is in and Plaintiff rests any rebuttal case.  Court will hold an informal charge conference (off the record) after the close of evidence.  Formal charge conference will follow thereafter (on the record).  Court reminded counsel not to refer to individuals by their first names, and to advise their respective witnesses re: same.  Court instructed counsel to refer to the Court's Standing Order re: the sealing of the courtroom re: confidential or highly sensitive testimony.  Court instructed the parties to follow the instructions from Deputy Clerk in Charge, Mrs. Kecia Clendening re: receipt, review and return of the Juror Questionnaires.  Court instructed the parties to refer to the Court's Standing Order re: number and use of pre-admitted exhibits.  Parties to be prepared every morning of trial to read into the record those exhibits used prior day.  Twelve juror notebooks to be delivered to Chambers no later than 12:00 PM noon on Monday, September 29, 2025. Notebooks to contain: (1) Complete copies of each patent-in-suit (Court approved double-sided pages, if appropriate); (2) Claim construction chart (single-sided); (3) Page for each witness with a recent head and shoulder photograph, name and ruled lines for notetaking; (4) Three-hole punch notepad for further notes; and (5) a non-clicking pen. Each witness page should be tabbed for easy navigation. |
| 10:28 AM | Court proceeded with hearing argument re: the following disputed dispositive motions: |
| 10:28 AM | [SEALED] Defendants' Motion for Summary Judgment of Noninfringement (Dkt. No. 117). |
| 10:29 AM | Argument presented by (in order of appearance):<br>• Mr. Greg Lanier (Defendants)<br>• Mr. James Hannah (Plaintiff) |
| 11:20 AM | Court DENIED Dkt. No. 117. |
| 11:21 AM | Court heard argument re:<br>• Plaintiff's Motion for Partial Summary Judgment of No Invalidity (Dkt. No. 120). |
| 11:21 AM | Argument presented by (in order of appearance):<br>• Mr. Kristopher Kastens (Plaintiff)<br>• Mr. Joseph Beauchamp (Defendants) |
| 11:40 AM | Court DENIED Dkt. No. 120. |
| 11:41 AM | Without hearing argument, Court deferred ruling on Dkt. Nos. 121 and 123 pending the scheduling of a bench trial. |
| 11:45 AM | Recess. |
| 12:31 PM | Court reconvened. |
| 12:31 PM | Court continued hearing argument re: disputed dispositive motions: |
| 12:31 PM | [SEALED] Defendants' Motion to Exclude Certain Opinions and Testimony of Justin R. Blok (Dkt. No. 119). |
| 12:33 PM | Argument presented by (in order of appearance):<br>• Mr. Albert Liou (Defendants)<br>• Ms. Christina Finn (Plaintiff) |

| TIME | MINUTE ENTRY |
|---|---|
| 01:19 PM | Court heard argument re:<br>• [SEALED] Plaintiff's Motion to Strike and Exclude Certain Opinions and Testimony of Ambreen Salters (Dkt. No. 127). |
| 01:20 PM | Argument presented by (in order of appearance):<br>• Ms. Christina Finn (Plaintiff)<br>• Mr. Albert Liou (Defendants) |
| 01:48 PM | Court heard argument re:<br>• [SEALED] Defendants' Motion to Strike Portions of the Expert Report and Preclude Other Opinions of Nenad Medvidović (Dkt. No. 118). |
| 01:49 PM | Argument presented by (in order of appearance):<br>• Mr. Joseph Beauchamp (Defendants)<br>• Mr. James Hannah (Plaintiff) |
| 02:12 PM | Recess. |
| 03:05 PM | Court reconvened. |
| 03:05 PM | Court made rulings as set forth in the record re: Dkt. Nos. 118, 119 and 127. |
| 03:18 PM | Court informed counsel this case will not be reached for trial until November or early December 2025. Instructed counsel to meet and confer and directed the filing within the next seven (7) days of a new jointly proposed DCO. |
| 03:23 PM | Conclusion of argument re: dispositive motions. |
| 03:23 PM | Disputed MILS: |
| 03:34 PM | Court began hearing argument re: disputed MILS and made rulings as set forth in the record. |
| 03:56 PM | Recess. |
| 04:08 PM | Court reconvened. |
| 04:08 PM | Court continued hearing argument and made rulings as set forth in the record re: disputed MILS. |
| 04:24 PM | Conclusion of argument re: MIL disputes. |
| 04:25 PM | Recess. |
| 04:51 PM | Court reconvened. |
| 04:51 PM | Counsel provided Court with update re: narrowing of exhibit disputes. |
| 04:52 PM | Pre-admission of exhibits: |
| 04:52 PM | Court heard argument and made rulings as set forth in the record re: remaining unresolved exhibit disputes. |
| 05:06 PM | Conclusion of argument re: exhibit disputes. |
| 05:07 PM | Court commended the parties of their meet and confer efforts re: exhibit disputes. A final joint exhibit list is to be forwarded to the Courtroom Deputy within five (5) days. |
| 05:15 PM | Completion of pretrial process. |
| 05:16 PM | Court adjourned. |