**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CYANDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:24-cv-00096-JRG |
| | ) | |
| v. | ) | |
| | ) | |
| SAP AMERICA, INC. and SAP SE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT NOTICE OF ADDITIONAL ATTACHMENTS
TO AMENDED PROPOSED PRETRIAL ORDER**

Attached hereto are Amended Exhibits J (Verdict Form) and K (Parties' Proposed Final

Jury Instructions) to the parties' Amended Proposed Pretrial Order.

Dated: April 13, 2026

Respectfully submitted,

*/s/ Christina M. Finn*
Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Christina M. Finn
Melissa T.G. Brenner (*pro hac vice*)
Violaine C. Brunet
Charles Keller (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
paul.andre@hsfkramer.com
lisa.kobialka@hsfkramer.com
james.hannah@hsfkramer.com
kris.kastens@hsfkramer.com
christina.finn@hsfkramer.com
missy.brenner@hsfkramer.com
violaine.brunet@hsfkramer.com
charles.keller@hsfkramer.com

Elizabeth L. DeRieux (Bar No. 05770585)
S. Calvin Capshaw (Bar No. 03783900)
CAPSHAW DERIEUX LLP
144 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com
ccapshaw@capshawlaw.com

*Attorneys for Plaintiff,*
*Cyandia, Inc.*

Dated: April 13, 2026

*/s/ Joseph M. Beauchamp*
Joseph M. Beauchamp (TX SBN 24012266)
jbeauchamp@jonesday.com
Haytham Soliman (TX SBN 24128529)
hsoliman@jonesday.com
Daniella F. Paredes (TX SBN 24138161)
dparedes@jonesday.com
H. Albert Liou (TX SBN 24061608)
aliou@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939

Tharan Gregory Lanier (CA SBN 138784)
tglanier@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939

Michelle B. Smit (IL 6330463)
msmit@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-1565

John R. Boulé III (CA 322929)
jboule@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

2

Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Roy Chamcharas (OR SBN 200042)
roy.chamcharas@klarquist.com
Todd M. Siegel (OR SBN 001049)
todd.siegel@klarquist.com
John D. Vandenberg (OR SBN 893755)
john.vandenberg@klarquist.com
Samuel B. Thacker (OR SBN 194636)
Samuel.thacker@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300

*Attorneys for Defendants*
*SAP America, Inc. and SAP SE.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Christina M. Finn*
Christina M. Finn