

**2:24-cv-00096-JRG**
**Cyandia Inc v SAP America Inc *et al***
**April 15, 2026 at 8:30 AM**

## Trial -- Day 3

### PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Elizabeth DeRieux | Plaintiff |
| Paul Andre | " " |
| Lisa Kobialka | " " |
| James Hannah | " " |
| Kristopher Kastens | " " |
| Greg Lanier | Defendants |
| Joseph Beauchamp | " " |
| Haytham Soliman | " " |
| Michelle Smit | " " |
| Albert Liou | " " |
| Aakash Jariwala | Plaintiff |
| Christina Finn | " " |
| John Boule | Defendants |
| | |
| | |
| | |
| | |
| | |
| | |

### IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Michael Wetzer | Plaintiff |
| John Mullen | Defendants |
| | |
| | |
| | |
| | |
| | |