**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CYANDIA, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00096-JRG |
| | § | |
| SAP AMERICA, INC. and SAP SE, | § | |
| | § | |
| *Defendants*. | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

The following terms have the following meanings:

- "**Cyandia**" refers to Cyandia, Inc.
- "**SAP**" refers to SAP America, Inc. and SAP SE.
- The "**'250 Patent**" refers to U.S. Patent No. 8,499,250.
- The "**'285 Patent**" refers to U.S. Patent No. 8,578,285.
- The "**Asserted Claims**" refer collectively to claim 1 of the '250 Patent, and claim 42 of the '285 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM**

**QUESTION NO. 1:**

Did Cyandia prove, by a preponderance of the evidence, that SAP **infringed** any of the Asserted Claims of the following patents?

Answer "Yes" or "No" for EACH Asserted Claim listed below.

'250 Patent, claim 1:

Yes: ✓ OR No: ________

'285 Patent, claim 42:

Yes: ✓ OR No: ________

**IF YOU ANSWERED "NO" TO EACH PART OF QUESTION NO. 1 ON THE PRECEEDING PAGE, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**IF YOU ANSWERED "YES" TO ANY PORTION OF QUESTION NO. 1 ON THE PRECEEDING PAGE, THEN PROCEED TO ANSWER QUESTION NO. 2 ON THE NEXT PAGE. IN THAT CASE, ANSWER QUESTION NO. 2 ONLY AS TO THE CLAIM(S) FOR WHICH YOU ANSWERED "YES" AS TO QUESTION NO. 1 ON THE PRECEEDING PAGE.**

**QUESTION NO. 2:**

Did SAP prove, by clear and convincing evidence, that any of the following claims are **invalid** as obvious?

Answer "Yes" or "No" for EACH Asserted Claim listed below.

'250 Patent, claim 1:

Yes: ________ OR No: ✓

'285 Patent, claim 42:

Yes: ________ OR No: ✓

**PROCEED TO ANSWER QUESTION NOS. 3, 4, AND 5 ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2 AS TO AT LEAST ONE (THE SAME) OF THE ASSERTED CLAIMS.**

**OTHERWISE, DO NOT ANSWER QUESTION NOS. 3, 4, OR 5, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**QUESTION NO. 3:**

Has Cyandia proven, by a preponderance of the evidence, that SAP's infringement of the Asserted Claims was **willful**?

Yes: ✓ OR No: ________

**PROCEED TO QUESTION NO. 4.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, has Cyandia proven, by a preponderance of the evidence, would compensate it for its damages resulting from SAP's infringement?

Answer in United States Dollars and Cents, if any:

$ 17,000,000

**PROCEED TO QUESTION NO. 5.**

**QUESTION NO. 5:**

Is the total amount of the reasonable royalty damages that you found in Question No. 4 above a running royalty or a lump sum royalty?

A running royalty: ✓ OR A lump sum royalty: ________

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 16 day of April, 2026.

________________________________________

**Jury Foreperson**